No. 804. MOORE *v.* MAVERICK COUNTY WATER CONTROL & IMPROVEMENT DISTRICT No. 1. April 19, 1943. Petition for writ of certiorari to the Court of Civil Appeals, 4th Supreme Judicial District, of Texas, denied. *Mr. James B. Lewright* for petitioner. *Mr. W. L. Matthews* for respondent.

No. 806. ROSENHAN *v.* UNITED STATES. April 19, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Mr. Grover A. Giles* for petitioner. *Solicitor General Fahy, Assistant Attorney General Shea,* and *Mr. Paul A. Sweeney* for the United States.

No. 809. ANDERSON *v.* UNITED STATES; and
No. 810. ANDERSON ET UX. *v.* UNITED STATES. April 19, 1943. Petitions for writs of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. M. W. Egerton* for petitioners. *Solicitor General Fahy, Assistant Attorney General Samuel O. Clark, Jr.,* and *Messrs. Sewall Key* and *J. Louis Monarch* for the United States.

No. 812. JOHNSON ET AL. *v.* DALLAS DOWNTOWN DEVELOPMENT Co. April 19, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. William Andress, Jr.* for petitioners.

No. 818. GRAF ET AL. *v.* NEWARK. April 19, 1943. Petition for writ of certiorari to the Court of Errors and Appeals of New Jersey denied. *Mr. Oliver C. Carpenter* for petitioners. *Mr. Raymond Schroeder* for respondent.